**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SIZMEK INC., *et al*,[1] <br><br>            Debtors. | Chapter 7 <br><br> Case No. 19-10971 (DSJ) <br><br> (Joint Administered) |
| NITEL, INC., <br><br>            Plaintiff, <br> v. <br><br> CERBERUS BUSINESS FINANCE, LLC, and PEPI CAPITAL, L.P., <br><br>            Defendants. | Adv. Proc. No. 21-01160-dsj |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedures, Plaintiff Nitel, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby states that the following entities directly or indirectly own 10% or more of any class of the Plaintiff's equity interests:

NONE.

---

[1] Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914).

4845-3918-2574.1

| | |
|---|---|
| Dated: June 10, 2021 | **ICE MILLER LLP**<br><br>*/s/ Jason M. Torf*<br>Jason M. Torf (pro hac vice pending)<br>200 W. Madison Street, Suite 3500<br>Chicago, IL 60606<br>Telephone: (312) 726-6244<br>Fax: (312) 726-6214<br>Email: Jason.Torf@icemiller.com<br><br>John C. Cannizzaro (pro hac vice pending)<br>250 West Street, Suite 700<br>Columbus, OH 43215<br>Telephone: (614) 462-1070<br>Fax: (614) 232-6923<br>Email: John.Cannizzaro@icemiller.com |

4845-3918-2574.1