**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SIZMEK INC., *et al*,[1] <br><br>                 Debtors. | Chapter 7 <br><br> Case No. 19-10971 (DSJ) <br><br> (Joint Administered) |
| NITEL, INC., <br><br>                 Plaintiff, <br> v. <br><br> CERBERUS BUSINESS FINANCE, LLC, and PEPI CAPITAL, L.P., <br><br>                 Defendants. | Adv. Proc. No. 21-01160-dsj |

**CERTIFICATE OF SERVICE**
**OF SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE AND COMPLAINT**
**WITH EXHIBITS**
**[RELATED TO DOC 1 AND 5]**

The undersigned hereby certifies that on June 11, 2021, a copy of the *Summons and Notice of Pre-Trial Conference* [Doc. No. 5] (the "Summons"), issued the same date and attached hereto, along with a copy of the *Complaint* [Doc No. 1] (the "Complaint"), with all Exhibits, filed by Creditor, Nitel, Inc. was served by U.S. Regular Mail, postage prepaid, upon Cerberus Business Finance, LLC at the regular mail address listed below:

Cerberus Business Finance, LLC
C/O Corporation Trust Company, its registered agent
Attn: Officer, Managing Agent, or General Agent
CORPORATION TRUST CENTER
1209 Orange St
Wilmington, DE 19801

Dated: June 11, 2021 	ICE MILLER LLP


	 */s/ Jason M. Torf*
	Jason M Torf (pro hac vice pending)
	200 W. Madison Street, Suite 3500
	Chicago, IL 60606
	Telephone: (312) 726-6244
	Fax: (312) 726-6214
	Email: Jason.Torf@icemiller.com

	John C. Cannizzaro (pro hac vice pending)
	250 West Street, Suite 700
	Columbus, OH 43215
	Telephone: (614) 462-1070
	Fax: (614) 232-6923
	Email: John.Cannizzaro@icemiller.com