```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                              Chapter 7

SIZMEK INC.,                                                        Case No. 19-10971 (DSJ)

                        Debtors.
---------------------------------------------------------------X
NITEL, INC.,

                        Plaintiff
v.                                                                  Adv. Pro. No. 21-1160 (DSJ)

CERBERUS BUSINESS FINANCE LLC and PEPI
CAPTIAL, L.P.,

                        Defendants.
---------------------------------------------------------------X
```

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOHN C. CANNIZZARO

UPON the motion of John C. Cannizzaro dated June 10, 2021, for admission *pro hac vice* in this adversary proceeding; it is hereby

**ORDERED**, that John C. Cannizzaro is admitted to practice, *pro hac vice* in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 17, 2021

                                            *s/ David S. Jones*
                                            HONORABLE DAVID S. JONES
                                            UNITED STATES BANKRUPTCY JUDGE