**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                    :
                                                                          :         Chapter 7
SIZMEK INC., *et al.*                                              :
                                                                          :         Case No. 19-10971 (DSJ)
                                       Debtors.                 :
---------------------------------------------------------------x         (Joint Administered)
NITEL, INC.,                                                      :
                                       Plaintiff,               :
                                                                          :
v.                                                                       :         Adv. Proc. No. 21-01160 (DSJ)
                                                                          :
CERBERUS BUSINESS FINANCE, LLC, and             :
PEPI CAPITAL, L.P.,                                         :
                                                                          :
                                       Defendants.           :
---------------------------------------------------------------x

<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

Pursuant to Fed. R. Bankr. P. 7007.1 and Fed. R. Civ. P. 7.1, the undersigned counsel hereby certifies that:

1. Defendant Cerberus Business Finance, LLC, a privately held non-governmental party, has no parent company and no publicly-held corporation owns 10% or more of its stock.

2. Defendant PEPI Capital, L.P., a privately held non-governmental party, has no parent company and no publicly-held corporation owns 10% or more of its stock.

Dated: July 12, 2021

/s/ *Michael L. Cook*
Michael L. Cook, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: 212-756-2000
Fax: 212-593-5955
michael.cook@srz.com

*Counsel for Defendants Cerberus Business*
*Finance, LLC and PEPI Capital, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2021, I caused the foregoing document to be filed and served electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated: July 12, 2021

 /s/ *Michael L. Cook*

Michael L. Cook, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: 212-756-2000
Fax: 212-593-5955
michael.cook@srz.com

*Counsel for Defendants Cerberus Business Finance, LLC and PEPI Capital, L.P.*